```
                         United States Bankruptcy Court
                          Eastern District of California
```

In re:                                                        Case No. 17-23513-A
Briana Santana                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: admin                Page 1 of 1          Date Rcvd: May 25, 2017
                              Form ID: 309A              Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.
```
db             +Briana Santana,    116 Frost Drive,    Woodland, CA 95695-2721
aty            +Geoff E. Wiggs,    1900 S Norfolk St #350,    San Mateo, CA 94403-1171
22139353       +Armondo Magana,    116 Frost Dr,    Woodland CA 95695-2721
22139355       +Fed Loan Servicing,    Po Box 69184,    Harrisburg PA 17106-9184
22139356       +GC Services,    Attn Bankruptcy,    6330 Gulfton St,    Houston TX 77081-1198
22139359       +MRS BPO,    1930 Olney Ave,    Cherry Hill NJ 08003-2016
22139357       +Mabt - Genesis Retail,    Bankcard Services,    Po Box 4477,    Beaverton OR 97076-4401
22139358       +Midland Funding,    Attn Bankruptcy,    Po Box 939069,    San Diego CA 92193-9069
22139360       +Noe Navarro,    135 Woodland Ave 8,    Woodland CA 95695-2793
22139362        Square One Financial Cach Llc,    Po Box 5980,    Denver CO 80127
22139363       +Us Dept Ed,    Ecmc Bankruptcy,    Po Box 16408,    St Paul MN 55116-0408
22139365       +Verizon,    Verizon Wireless Bankruptcy Administrat,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs MO 63304-2225
22139366       +Visa Dept Store National Bank Macys,    Attn Bankruptcy,    Po Box 8053,    Mason OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QASFUKUSHIMA.COM May 26 2017 01:28:00     Alan S. Fukushima,    5050 Laguna Blvd #112-580,
                 Elk Grove, CA 95758-4151
smg             EDI: EDD.COM May 26 2017 01:28:00      Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM May 26 2017 01:28:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA  95812-2952
22139351       +EDI: GMACFS.COM May 26 2017 01:28:00     Ally Financial,    Po Box 380901,
                 Bloomington MN 55438-0901
22139352       +EDI: PHINAMERI.COM May 26 2017 01:28:00     AmeriCredit GM Financial,    Po Box 183853,
                 Arlington TX 76096-3853
22139354       +EDI: CREDPROT.COM May 26 2017 01:28:00     Credit Protection Assoc,    Po Box 802068,
                 Dallas TX 75380-2068
22139361       +E-mail/Text: bankruptcy@onlineis.com May 26 2017 01:44:52     Online Collections,    Po Box 1489,
                 Winterville NC 28590-1489
22139364       +E-mail/Text: bknotices@usecu.org May 26 2017 01:44:05     Use Credit Union,
                 10120 Pacific Heights Bl,    San Diego CA 92121-4205
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22139350          1st No Bk Of Dixon
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:
NONE.                                                                   TOTAL: 0

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Briana Santana** | Social Security number or ITIN  **xxx–xx–4962** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of California** | | Date case filed for chapter  **7:  5/24/17** |
| Case number:   **17–23513 – A – 7** | | |

12/15

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Briana Santana | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 116 Frost Drive<br>Woodland, CA 95695 | |
| 4. | **Debtor's attorney**<br>Name and address | Geoff E. Wiggs<br>1900 S Norfolk St #350<br>San Mateo, CA 94403 | Contact phone:   650–577–5952 |
| 5. | **Bankruptcy trustee**<br>Name and address | Alan S. Fukushima<br>5050 Laguna Blvd #112–580<br>Elk Grove, CA 95758 | Contact phone:   916–385–5967 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br><br>Phone: (916) 930–4400<br><br>Date: 5/25/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 28, 2017 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**Robert T Matsui United States Courthouse, 501 I Street, Room 7–B, 7th Floor, Sacramento, CA**<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/28/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |